UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JORGE J. SOLANO-MORETA, ) | |
| ) | |
| Petitioner, ) | Case No. C09-1081-RSM |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL** |
| ROBERT J. PALMQUIST, ) | |
| ) | |
| Respondent. ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus (Dkt. 8), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. 8) is DENIED and this action is DISMISSED without prejudice;

(3) The Court denies issuance of a certificate of appealability;

(4) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Brian A. Tsuchida.

DATED this 1st day of April, 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 1